**Exhibit A to the Complaint**

**Location:** Staten Island, NY  **IP Address:** 173.56.50.254
**Total Works Infringed:** 34  **ISP:** Verizon Fios

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| After Party | 28CB55CEF5EE6C2FE522DC82AFA053900E9A5848 | Blacked | 04/01/2018 04:03:25 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| He Should Not Have Left Me Alone | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | Vixen | 07/18/2017 22:01:16 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| Paying Mr M | 1525672E90493326CE884D0054D9B81C2026954C | Blacked | 08/24/2017 07:10:18 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| Eva Part 5 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | Tushy | 09/03/2017 19:35:15 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| Alina Loves To Be Bad | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/08/2017 22:30:56 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| Can Not Stop Will Not Stop | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/22/2018 21:35:03 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| Single In LA | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/14/2017 03:26:46 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| My Double Penetration Fantasy | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/19/2017 05:25:49 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| Work Hard Play Hard | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 06/09/2017 04:02:42 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| Forget Your BF | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/28/2018 17:58:29 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| Secret Desires | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/06/2017 23:12:03 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| Lets Get Physical Part 3 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/13/2017 01:54:57 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| In My Ass Now | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/08/2017 20:54:28 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| Award Season | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/21/2018 21:29:58 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| Anal On The First Date | 68661CD1EE1348C45DC3065FE720C0C5DB7F5370 | Tushy | 11/22/2017 23:29:55 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| I Have Never Done This Before | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/05/2017 03:24:10 | 06/29/2017 | 07/07/2017 | PA0002070821 |

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| Eva Part 3 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/11/2017 01:33:39 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| The Client List | 7ED38FACBF34C505495DA8029DABADD17CEF13E0 | Blacked | 12/07/2017 03:34:46 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| Just Fuck Me Already | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/28/2017 17:37:30 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| Bottle Service | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 11/02/2017 20:13:32 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| Size Queen Brazilian Wife | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 15:18:21 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| Hot Wife | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 07/30/2017 14:24:35 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| Loosen Up | ADC64C92996FC4281CE0DF54F712C1DA791775A9 | Blacked | 08/29/2017 03:10:02 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| Anal Threesome With My Boss | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 10/24/2017 04:16:14 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| I like It Kinky | BD6DEB77EF83AB94A57874BEE8BEF368AB585949 | Blacked | 08/08/2017 23:52:30 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| Latina Craves BBC | C137771266EB54E5E6A020A6222155DE16BF070E | Blacked Raw | 12/03/2017 20:16:18 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| OK Maybe One More Time | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 10/23/2017 02:14:20 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| No More Games | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/13/2017 08:10:55 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| My Rise In The Ranks Part 2 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 07/05/2017 03:23:20 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| Open Position | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 07/05/2017 03:33:02 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| Double Penetration At Work | DCD502ED09025BF60C90887175BEA55488E21911 | Tushy | 10/13/2017 19:00:08 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| Sorority Group Sex | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 05:18:27 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| The Full Mr M Experience | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/04/2017 21:57:03 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| He Chose Me | FEEFE673FB53B1AD93C77A7A8E14F7153293D653 | Vixen | 11/11/2017 01:05:29 | 11/10/2017 | 12/04/2017 | PA0002097978 |